UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA HERNANDEZ-KEE,

    Plaintiff,

v.                                                 Case No. 8:11-cv-001036

COAST PROFESSIONAL, INC.,

    Defendant.

_____/

NOTICE OF PENDING SETTLEMENT

    Plaintiff, HILDA HERNANDEZ-KEE, by and through her undersigned counsel, hereby files this Notice of Pending Settlement, stating that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                     Respectfully submitted,

                                                                    /s/ Joseph B. Battaglia
                                                                    G. Donald Golden, Fla. Bar No.: 0137080
                                                                    don@brandonlawyer.com
                                                                    David S. Bromley, Fla. Bar No.: 155349
                                                                    david@brandonlawyer.com
                                                                    Joseph B. Battaglia, Fla. Bar No.: 0058199
                                                                    joe@brandonlawyer.com
                                                                    THE GOLDEN LAW GROUP
                                                                    808 Oakfield Drive, Suite A
                                                                    Brandon, Florida   33511
                                                                    Telephone:  (813) 413-8700
                                                                    Facsimile:   (813) 413-8701
                                                                    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 20th day of June 2011, a true and correct copy of the foregoing Notice of Pending Settlement has been provided via regular U.S. mail, postage prepaid, or electronically, to: Maureen Brewer, Quality Control Manager, Coast Professional, Inc., P.O. Box 2899, West Monroe, LA 71294.

    /s/ Joseph B. Battaglia
    Joseph B. Battaglia, Fla. Bar No.: 0058199