UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA HERNANDEZ-KEE,

           Plaintiff,

vs.                                 Case No.: 8:11-CV-1036-T-27EAJ

COAST PROFESSIONAL, INC.,

           Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Notice of Voluntary Dismissal with Prejudice (Dkt. 6). In accordance with the Notice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in chambers this 15th day of July, 2011.

                                                                               _____
                                                                               JAMES D. WHITTEMORE
                                                                               United States District Judge

Copies to: Counsel of Record